IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 2:14-CV-931-WKW |
| | ) |
| LEON FORNISS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On September 24, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 7.) On October 6, 2014, Plaintiff Jeffery Williams filed an objection. (Doc. # 8.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

Upon consideration of the Recommendation and the objection, it is ORDERED that:

1. The Objection (Doc. # 8) is OVERRULED;

2. The Recommendation (Doc. # 7) is ADOPTED; and

3. The petition for writ of habeas corpus is DISMISSED.

A separate final judgment will be entered.

DONE this 14th day of October, 2014.

       /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE